

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN WAGSCHAL, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>EVEREST RECEIVABLE SERVICES, INC. and JOHN DOES 1-25,<br><br>Defendants. | Civil Case Number: 1:16-cv-7027 |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 27, 2017 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:16-cv-7027, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS _3rd_ day of _August_, 2017.

/s/ USDJ KIYO A. MATSUMOTO
_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE